UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

**RECEIVED**

MAY 2 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff

Jeans Dixon Pro Se Trustee

vs.

City of Rockford

Defendant

CIVIL CASE NO. 08 C 50 0 89

Judge Kapala

## COMPLAINT

I, Jeans Dixon Pro Se Trustee, am begging to be heard in this court in the matter of allegations of "not compliant". I hope to prove without a doubt with witnesses and discovery that I tried my best, legally Blind.

Also, due to the above allegations, I have lost so much more sight.

Being how my Federal cases lately have being dismissed with prejudice, I understand they can not be admitted again.

Therefore, this case I hope will give relief to me a Trustee for compensation to the licensed contractors who started repairing this house of Refuge, my HOME. I am alleging damage was for the Poor— to Him by gang members, next store. and by the demolision of houses, leaving no blockage from wind, breakage of w. tap pipes.

My water on a box, lost of red lab dogs old prostate cancer. — My urinary tract infected. Concluding, not being able to fully recover from an incident/accident Kishwaukee & Broadway — Case still open.

I'm still in physical Rehab (outpatient).

Due to lack of sufficient vision

I'm begging to be appointed Counsel at the decision of the Honorable Judge.

Signature
_____
6027 Kishwaukee
Street Address

Rockford, Ill. 61104
City        State    Zip

Don't have a regular
Phone Number  100% due to always having to add money to cel.