## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50089 | **DATE** | 5/27/2008 |
| **CASE TITLE** | Dixon vs. Rockford | | |

**DOCKET ENTRY TEXT:**

The complaint discloses no basis for this court's subject matter jurisdiction. Moreover, the complaint does not state a claim upon which relief may be granted and is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff's motions for leave to proceed IFP [3] and to appoint counsel[4] are denied as moot. This case is closed.

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|