# United States District Court
## Northern District of Illinois
### Western Division

Jean S. Dixon

v.

City of Rockford

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 50089

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the complaint discloses no basis for this court's subject matter jurisdiction. Moreover, the complaint does not state a claim upon which relief may be granted and is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff's motions for leave to proceed in forma pauperis and to appoint counsel are denied as moot. This case is closed.

Michael W. Dobbins, Clerk of Court

Date: 5/27/2008

_____
/s/ Susan Wessman, Deputy Clerk